IN THE MATTER OF THE PETITION OF THE ATLANTIC CITY ELECTRIC COMPANY INCREASING ITS RATES FOR ELECTRIC SERVICE.

IN THE MATTER OF THE PETITION OF THE ATLANTIC CITY ELECTRIC COMPANY FOR A REVISION OF RATE SCHEDULE EA AND MA.

IN THE MATTER OF THE PETITION OF THE ATLANTIC CITY ELECTRIC COMPANY INCREASING ITS RATES FOR ELECTRIC SERVICE.

IN THE MATTER OF THE PETITION OF BALLY'S PARK PLACE, INC., FOR REMOVAL FROM THE SUBCLASS REQUIRED TO PAY THE MARGINAL ENERGY ADJUSTMENT CHARGE AND FOR REINSTATEMENT TO THE CLASS OF ALL OTHER CUSTOMERS WHICH PAY THE LEVELIZED ENERGY ADJUSTMENT CHARGE.

June 19, 1984.

Petitions for certification denied.

LYNNE MARIE MILLER v. JOHN L. FRANCIS, SR.

June 19, 1984.

Petition for certification denied.

HARRY THOMAS v. EDWARD O'LONE, SUPERINTENDENT OF LEESBURG STATE PRISON.

June 19, 1984.

Petition for certification denied.